John W. Mackay (6923)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, Utah  84111
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
jmackay@rqn.com

Ted Lavender (*pro hac vice forthcoming*)
Kris Alderman (*pro hac vice forthcoming*)
**FISHER BROYLES**
945 East Paces Ferry Road, Suite 2000
Atlanta, Georgia 30326
Telephone: (404) 400-4500
Facsimile: (404) 596-8887
ted.lavender@fisherbroyles.com
kris.alderman@fisherbroyles.com

*Attorneys for Defendant  ELAP Services, LLC*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IHC HEALTH SERVICES, INC., a non-profit Utah corporation,<br><br>                                      Plaintiff,<br>         vs.<br><br>ELAP SERVICES, LLC, a limited liability company,<br><br>                                      Defendant. | **NOTICE TO SUBMIT FOR DECISION<br>and<br>REQUEST FOR ORAL ARGUMENT**<br><br>Case No. 2:17-cv-01245-JNP-EJF<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Evelyn J. Furse |

Pursuant to DUCivR 7-3, Defendant ELAP Services, LLC ("ELAP") by and through counsel, hereby file this Request to Submit for Decision concerning Defendant ELAP Services, LLC Rule 12(b)(6) Motion to Dismiss (Dkt. No. 7).  The following documents, together with their supporting exhibits, have been filed:

1. Defendant's Rule 12(b)(6) Motion to Dismiss, filed on February 12, 2018;

2. Opposition to Motion to Dismiss, filed on April 27, 2018; and

3. Defendant's Reply in Support of Motion to Dismiss (Rule 12(b)(6) & Rule 9(b)), filed May 30, 2018.

The motion which includes arguments under Rule 9(b) is now fully briefed and ready for oral argument and a decision.  Pursuant to DUCivR 7-1(f), ELAP respectfully requests that oral argument be heard on this matter.  Given the complexity of issues potentially at stake; the breadth of discovery were the case to go forward; the differing narratives provided by the parties under Rule 9(b) under IHC's somewhat novel litigation theory; the inherent seriousness of fraud allegations; and the legal issues and rights at stake in this litigation; ELAP submits that there exists good cause to allow oral argument.

Based on all of the foregoing, Defendant ELAP requests the above motion be submitted for decision and set for oral argument as soon as possible given that the discovery period in this matter has now commenced and direction from the Court is necessary.

DATED this 22nd day of August, 2018.

                                          RAY QUINNEY & NEBEKER P.C.


                                          */s/ John W. Mackay*
                                          John W. Mackay
                                          *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2018, the foregoing **NOTICE TO SUBMIT FOR DECISION and REQUEST FOR ORAL ARGUMENT** was filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Alan C. Bradshaw
Chad R. Derum
MANNING CURTIS BRADSHAW & BEDNAR PLLC
136 E. South Temple, Suite 1300
Salt Lake City, UT 84111

*/s/ Lori M. McGee*

1463692