# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IHC HEALTH SERVICES INC., *a non-profit Utah corporation*,<br><br>Plaintiff,<br><br>v.<br><br>ELAP SERVICES, LLC, *a limited liability company*,<br><br>Defendants. | **ORDER DENYING AS MOOT MOTION FOR LEAVE TO AMEND**<br><br>Case No. 2:17-cv-01245-JNP-EJF<br><br>District Judge Jill N. Parrish |

On August 31, 2018, Plaintiff IHC filed a Motion for Leave to File First Amended Complaint. ECF No. 26. On September 28, 2018, the court granted in part and denied in part Defendant ELAP Services's Rule 12(b)(6) Motion to Dismiss and granted IHC leave to file an amended complaint within fourteen days from the date of the order. Because the court has already granted IHC leave to file an amended complaint, it DENIES AS MOOT plaintiff's Motion for Leave to File First Amended Complaint. ECF No. 26. Plaintiff has fourteen days to file a new first amended complaint.

Signed September 28, 2018

BY THE COURT

*Jill N. Parrish*
_____
Jill N. Parrish
United States District Court Judge