MANNING CURTIS BRADSHAW
  & BEDNAR PLLC
Alan C. Bradshaw, #4801
Chad R. Derum, #9452
Douglas J. Crapo, #14620
136 E. South Temple, Suite 1300
Salt Lake City, Utah  84111
(801) 363-5678
abradshaw@mc2b.com
cderum@mc2b.com
dcrapo@mc2b.com

*Attorneys for Plaintiff IHC Services, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IHC HEALTH SERVICES, INC., a non-profit Utah corporation,<br>　　　　Plaintiff,<br>v.<br>ELAP SERVICES, LLC, a limited liability company,<br>　　　　Defendant. | **NOTICE OF APPEARANCE OF DOUGLAS CRAPO**<br><br>Case No. 2:17-cv-01245-JNP-EJF<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Evelyn J. Furse |

Douglas J. Crapo of the law firm of Manning Curtis Bradshaw & Bednar PLLC enters an appearance on behalf of Plaintiff IHC HEALTH SERVICES, INC. in this action and requests that copies of all future notices, decisions, pleadings, and mailings be served upon him at his e-mail or office.

{01795651.DOCX /}

2

Respectfully submitted, January 14, 2019.

                MANNING CURTIS BRADSHAW & BEDNAR PLLC

                */s/ Douglas J. Crapo*
               Alan C. Bradshaw
               Chad R. Derum
               Douglas J. Crapo

               *Attorneys for Plaintiff IHC Health Services, Inc.*

# CERTIFICATE OF SERVICE

I certify that I will cause a true and correct copy of the foregoing document to be served in the method indicated below to the below-named parties today, January 14, 2019.

John W. Mackay
Brett L. Tolman
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
jmackay@rqn.com
btolman@rqn.com

Stephen E. W. Hale
Bentley J. Tolk
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, UT  84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
shale@parrbrown.com
btolk@parrbrown.com

*/s/ Douglas J. Crapo*