# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IHC HEALTH SERVICES, INC., a non-profit Utah corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ELAP SERVICES, LLC, a limited liability company,<br><br>　　　　Defendant. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR INTERMOUNTAIN TO RESPOND TO ELAP'S FIRST SET OF DISCOVERY REQUESTS (ECF NO. 53)**<br><br>Case No. 2:17-cv-01245-JNP-EJF<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Evelyn J. Furse |

Having reviewed the parties' Stipulated Motion for Extension of Time for Intermountain to Respond to ELAP's First Set of Discovery Requests (ECF No. 53), and for good cause appearing, the Court GRANTS the Motion.

IT IS HEREBY ORDERED that Intermountain's response to ELAP's First Discovery Requests is extended to March 15, 2019, except that by March 1, 2019, Intermountain shall serve on ELAP its written objections to any and all discovery requests for which Intermountain intends to withhold all documents, or for interrogatories or requests for admissions where Intermountain similarly intends to respond only with objections.

DATED this 11th day of February, 2019.

BY THE COURT:

_____
EVELYN J. FURSE
United States Magistrate Judge