# EXHIBIT B

Stephen E. W. Hale (5285)
Bentley J. Tolk (6665)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
btolk@parrbrown.com
shale@parrbrown.com

John W. Mackay (6923)
Brett L. Tolman (8821)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
jmackay@rqn.com
btolman@rqn.com

Thomas E. Lavender III (pro hac vice
forthcoming)
Kristopher R. Alderman (pro hac vice
forthcoming)
**FISHER BROYLES, LLP**
945 East Paces Ferry Road, Suite 2000
Atlanta, Georgia 30326
Telephone: (404) 400-4500
Facsimile: (404) 596-8887
ted.lavender@fisherbroyles.com
kris.alderman@fisherbroyles.com

*Attorneys for Defendant ELAP Services, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IHC HEALTH SERVICES, INC., a non-profit Utah corporation,<br><br>      Plaintiff,<br><br>v.<br><br>ELAP SERVICES, LLC, a limited liability company,<br><br>      Defendant. | **ELAP'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST CONTINUING DISCOVERY REQUESTS AND INTERROGATORIES**<br><br>Case No. 2:17-cv-01245-JNP-EJF<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Evelyn J. Furse |

Pursuant to the Court's Order Granting Stipulated Motion to Extend Response Time to Plaintiff's First Set of Written Discovery Requests (ECF No. 42), Defendant ELAP Services, LLC ("ELAP") provides its written responses and objections to Plaintiff's First Continuing Discovery Requests and Interrogatories.

## INTRODUCTORY STATEMENT

All responses set forth herein are made without in any way waiving or intending to waive, but to the contrary, intending to preserve and preserving:

1.   All questions as to competency, materiality, relevancy, privilege and admissibility as evidence for any purpose in any subsequent proceeding or the trial of this or any other action;

2.   The right to supplement and/or amend these responses based upon the recollection of persons presently unavailable or the discovery of additional documents and the adducement of deposition and documentary information during discovery, and after a thorough review of materials that may come into answering defendant's possession -- which may contain information potentially responsive to certain of Plaintiff's Interrogatories;

3.   The right to object on any ground to the use of any of these answers, or the subject matter thereof, in any subsequent proceeding or the trial of this or any other action;

4.   The right formally to move in this Court for an order coordinating discovery; and

5.   The right to object on the ground that the Interrogatory is vague and ambiguous and incapable of a response as phrased.

Defendant affirmatively states that it has not fully completed discovery in this action. Accordingly, all responses contained herein are based upon such information and documents that are presently available and specifically known to Defendant and its counsel and discloses only

2

those contentions that presently occur to Defendant.  In further answering, Defendant affirmatively states that it does not purport to state herein anything more than information personally known to, discovered by, or appreciated by Defendant and its counsel at this time.

## DESIGNATION OF THESE RESPONSES AND OBJECTIONS AS CONFIDENTIAL INFORMATION

Pursuant to the Court's Standard Protective Order, ELAP hereby designates all of these responses and objections to Plaintiff's Interrogatories, Requests for Production, and Requests for Admission (i.e., all responses and objections to Plaintiff's First Continuing Discovery Requests and Interrogatories), and all of the information and content contained in Attachments 1-4 referenced below and accompanying these responses and objections, as Confidential Information.

4830-5829-4661



4

5

4830-5829-4661

4830-5829-4661





10

11



12



13

14

4830-5829-4661



16



17



18



19





4830-5829-4661



22



23



24





26



27

4830-5829-4661

4830-5829-4661

30

31



4830-5829-4661



33



34



35



4830-5829-4661



37



4830-5829-4661



40



4830-5829-4661



4830-5829-4661



43



4830-5829-4661



4830-5829-4661



46



47

48



49



50



51



52



53

4830-5829-4661

4830-5829-4661

**AS TO OBJECTIONS TO INTERROGATORIES AND AS TO OBJECTIONS AND RESPONSES TO REQUESTS FOR PRODUCTION AND REQUESTS FOR ADMISSION**

DATED this 14th day of January 2019.

PARR BROWN GEE & LOVELESS

By: /s/ Bentley J. Tolk

*Attorneys for Defendant ELAP Services, LLC*

56

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2019, a true and correct copy of the

foregoing **ELAP'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST**

**CONTINUING DISCOVERY REQUESTS AND INTERROGATORIES** was served via

email on the following:

> Alan C. Bradshaw
> Chad R. Derum
> Douglas J. Crapo
> **MANNING CURTIS BRADSHAW & BEDNAR PLLC**
> 136 E. South Temple, Suite 1300
> Salt Lake City, Utah 84111
> abradshaw@mc2b.com
> cderum@mc2b.com
> dcrapo@mc2b.com
>
> John W. Mackay
> Brett L. Tolman
> **RAY QUINNEY & NEBEKER P.C.**
> 36 South State Street, Suite 1400
> Salt Lake City, Utah 84111
> Telephone: (801) 532-1500
> Facsimile: (801) 532-7543
> jmackay@rqn.com
> btolman@rqn.com

/s/ Bentley J. Tolk