# EXHIBIT D

| | |
|---|---|
| **From:** | Kris Alderman |
| **Sent:** | Wednesday, March 27, 2019 1:47 PM |
| **To:** | Chad Derum; Douglas Crapo |
| **Cc:** | Bentley J. Tolk; John Mackay (jmackay@rqn.com) |
| **Subject:** | Intermountain v. ELAP Discovery |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| | |
| **Categories:** | ELAP |

Chad and Doug,

I look forward to continuing our conversation about discovery today. When we last spoke, I committed to pointing to some precedent holding that relevant information may be withheld on the basis that it is confidential and proprietary. In my view FRCP 26(b) sets forth a framework under which information must be relevant before it is discoverable and FRCP 26(c) provides additional grounds under which a party may resist discovery of relevant information for several specified reasons, one of which is that the information is confidential and proprietary.

I was also able to locate a 10th Circuit case, *Centurion Indus. v. Steurer*, 665 F.2d 323 (10th Cir. 1981), which confirms my understanding. Specifically, *Steurer* says that the party seeking discovery of confidential and proprietary information must establish that the information is both relevant **and** necessary. Then, if the party seeking disclosure carries that burden, the court must balance the need for the discovery with the harm that would result from disclosure. If disclosure is deemed appropriate after that balancing test then the court should ensure disclosure is made only pursuant to appropriate safeguards.

As we discussed last week, we do not believe ELAP's business plans are relevant, let alone necessary.

Thanks,
Kris


Kris Alderman

**FISHERBROYLES**
A LIMITED LIABILITY PARTNERSHIP

945 East Paces Ferry Road **|** Suite 2000 **|** Atlanta, Georgia 30326 **|** Direct: 404.596.8887
Fax: 404.596.8887 **|** Main: 404.400.4500 **|** kris.alderman@fisherbroyles.com **|** fisherbroyles.com
ATLANTA • AUSTIN • BOSTON • CHARLOTTE • CHICAGO • CINCINNATI • CLEVELAND • COLUMBUS • DALLAS • DETROIT •HOUSTON • LOS ANGELES • NAPLES • NEW YORK • PALO ALTO • PHILADELPHIA • PRINCETON • SEATTLE • WASHINGTON D.C.

IRS Circular 230 Notice Requirement: This communication is not given in the form of a covered opinion within the meaning of Circular 230 issued by the United States Secretary of the Treasury. Thus, we are required to inform you that you cannot rely upon any tax advice contained in this communication for the purpose of avoiding United States federal tax penalties. In addition, any tax advice contained in this communication may not be used to promote, market or recommend a transaction to another party.
The information contained in this e-mail message is only for the personal and confidential use of the intended recipient(s). If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.