# EXHIBIT 1

Stephen E. W. Hale (5285)
Bentley J. Tolk (6665)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
btolk@parrbrown.com
shale@parrbrown.com

John W. Mackay (6923)
Brett L. Tolman (8821)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
jmackay@rqn.com
btolman@rqn.com

Thomas E. Lavender III (pro hac vice forthcoming)
Kristopher R. Alderman (pro hac vice forthcoming)
**FISHER BROYLES, LLP**
945 East Paces Ferry Road, Suite 2000
Atlanta, Georgia 30326
Telephone: (404) 400-4500
Facsimile: (404) 596-8887
ted.lavender@fisherbroyles.com
kris.alderman@fisherbroyles.com

*Attorneys for Defendant ELAP Services, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IHC HEALTH SERVICES, INC., a non-profit Utah corporation,<br><br>　　　Plaintiff,<br><br>v.<br><br>ELAP SERVICES, LLC, a limited liability company,<br><br>　　　Defendant. | **[PROPOSED] ORDER DENYING INTERMOUNTAIN'S SHORT FORM DISCOVERY MOTION CONCERNING ELAP'S REFUSAL TO PRODUCE ITS BUSINESS PLAN AND STRATEGY DOCUMENTS**<br><br>Case No. 2:17-cv-01245-JNP-EJF<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Evelyn J. Furse |

Having reviewed Intermountain's Short Form Discovery Motion Concerning ELAP's Refusal to Produce its Business Plan and Strategy Documents, the Opposition thereto, other relevant pleadings and the oral argument of counsel, and being fully informed in the premises, and good cause appearing,

IT IS HEREBY ORDERED that Intermountain's Short Form Discovery Motion Concerning ELAP's Refusal to Produce its Business Plan and Strategy Documents is DENIED.

DATED this ____ day of May, 2019.

BY THE COURT:

_____
Evelyn J. Furse
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2019, a true and correct copy of the foregoing **[PROPOSED] ORDER DENYING INTERMOUNTAIN'S SHORT FORM DISCOVERY MOTION CONCERNING ELAP'S REFUSAL TO PRODUCE ITS BUSINESS PLAN AND STRATEGY DOCUMENTS** was served via electronic service on the following:

>Alan C. Bradshaw
>Chad R. Derum
>Douglas J. Crapo
>**MANNING CURTIS BRADSHAW & BEDNAR PLLC**
>136 E. South Temple, Suite 1300
>Salt Lake City, Utah 84111
>abradshaw@mc2b.com
>cderum@mc2b.com
>dcrapo@mc2b.com
>
>John W. Mackay
>Brett L. Tolman
>**RAY QUINNEY & NEBEKER P.C.**
>36 South State Street, Suite 1400
>Salt Lake City, Utah 84111
>Telephone: (801) 532-1500
>Facsimile: (801) 532-7543
>jmackay@rqn.com
>btolman@rqn.com

/s/ Bentley J. Tolk

3