# EXHIBIT "A"

Stephen E. W. Hale (5285)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
btolk@parrbrown.com
shale@parrbrown.com

John W. Mackay (6923)
Brett L. Tolman (8821)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
jmackay@rqn.com
btolman@rqn.com

Thomas E. Lavender III (admitted pro hac vice)
Kristopher R. Alderman (admitted pro hac vice)
**FISHER BROYLES, LLP**
945 East Paces Ferry Road, Suite 2000
Atlanta, Georgia 30326
Telephone: (404) 400-4500
ted.lavender@fisherbroyles.com
kris.alderman@fisherbroyles.com

*Attorneys for Defendant ELAP Services, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IHC HEALTH SERVICES, INC., a non-profit Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELAP SERVICES, LLC, a limited liability company,<br><br>Defendant. | **ELAP'S DECLARATION OF MICHAEL BRANNAN**<br><br>Case No. 2:17-cv-01245-JNP-EJF<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Evelyn J. Furse |

STATE OF PENNSYLVANIA  )
                      :ss.
COUNTY OF DELAWARE     )

Michael Brannan hereby declares under penalty of perjury that the following is true and correct:

1. I am over 21 years of age and am in all respects competent to make this Declaration.

2. I served as the Chief Information and Audit Operations Officer for ELAP Services, LLC from June of 2016 through October of 2017. In October of 2017, I transitioned to ELAP's Chief Technology Officer, which is the role I still hold today.

3. I make this declaration based upon my personal knowledge and upon my review of the business records of ELAP.

4. I have reviewed Attachment 3 and ELAP68385.

5. Attachment 3 contains, for all 7,881 relevant patient encounters at Intermountian facilities identified by ELAP, the name of the patient, name of the patient's health plan, the date services were provide to the patient, the amount billed by Intermountain for services provided to the patient, and the Allowable Claim Limit determined by ELAP. The patients' health plans are ELAP's customers.

6. Although not in Attachment 3, I am aware we have also identified the third party administrators (TPAs) for the health plans identified in Attachment 3. The TPAs are ELAP's strategic business partners.

7. I am aware ELAP68385 identifies brokers with whom ELAP works. The brokers are ELAP's strategic business partners.

2

8. ELAP is a health care cost containment company that operates in a competitive market, which includes competitors of ELAP offering similar services to ELAP.

9. ELAP is aware of companies and individuals who have attempted to copy ELAP's business model.

10. Public disclosure of lists of plans, brokers, and TPAs would cause competitive and economic harm to ELAP by allowing competitors or potential competitors to access ELAP's network of plans, brokers, and TPAs.

11. ELAP is aware of several competitors in the market place who would likely use such lists to harm ELAP competitively.

12. Lists of plans, brokers, and TPAs are treated as confidential within ELAP.

13. All employees are required to sign non-disclosure agreements, which prohibit disclosure of lists of plans, brokers, and TPAs.

14. Employees' access to confidential information is restricted to the information necessary to fulfill their roles.

15. All plans, brokers, and TPAs that work with ELAP are required to sign non-disclosure agreements.

16. ELAP limits access to confidential information by plans, brokers, and TPAs to the minimum amount necessary.

17. Lists of plans, brokers, and TPAs are not disseminated to plans, brokers, and TPAs.

18. ELAP protects patients' protected health information from disclosure in accordance with HIPAA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 29, 2019.

_____
Michael Brannan
Chief Technology Officer, ELAP Services, LLC

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MICHAEL SCOTT JOHNSON
Notary Public
TREDYFFRIN TWP, CHESTER COUNTY
My Commission Expires Aug 31, 2020

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August, 2019, a true and correct copy of the foregoing **ELAP'S OBJECTION TO INTERMOUNTAIN'S PROPOSED ORDER ON ELAP'S DISCOVERY MOTION CONCERNING INTERMOUNTAIN'S REFUSAL TO PRODUCE PATIENT INFORMATION** was served via electronic service on the following:

>Alan C. Bradshaw
>Chad R. Derum
>Douglas J. Crapo
>**MANNING CURTIS BRADSHAW & BEDNAR PLLC**
>136 E. South Temple, Suite 1300
>Salt Lake City, Utah 84111
>abradshaw@mc2b.com
>cderum@mc2b.com
>dcrapo@mc2b.com

>John W. Mackay
>Brett L. Tolman
>**RAY QUINNEY & NEBEKER P.C.**
>36 South State Street, Suite 1400
>Salt Lake City, Utah 84111
>Telephone: (801) 532-1500
>Facsimile: (801) 532-7543
>jmackay@rqn.com
>btolman@rqn.com

>Thomas E. Lavender III
>Kristopher R. Alderman
>**FISHER BROYLES, LLP**
>945 East Paces Ferry Road, Suite 2000
>Atlanta, Georgia 30326
>Telephone: (404) 400-4500
>ted.lavender@fisherbroyles.com
>kris.alderman@fisherbroyles.com

/s/ Bentley J. Tolk