MANNING CURTIS BRADSHAW
  & BEDNAR PLLC
Alan C. Bradshaw, #4801
Chad R. Derum, #9452
Douglas J. Crapo, #14620
136 E. South Temple, Suite 1300
Salt Lake City, Utah 84111
(801) 363-5678
abradshaw@mc2b.com
cderum@mc2b.com

*Attorneys for Plaintiff*
*IHC Health Services, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IHC HEALTH SERVICES, INC., a non-profit Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELAP SERVICES, LLC, a limited liability company,<br><br>Defendant. | **SECOND STIPULATED MOTION TO AMEND SCHEDULING ORDER**<br><br>Case No. 2:17-cv-01245-JNP-EJF<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Evelyn J. Furse |

Plaintiff IHC Health Services, Inc. ("Intermountain") and Defendant ELAP Services, LLC ("ELAP"), by and through their counsel of record in this matter, hereby stipulate and move the Court to amend the Amended Scheduling Order entered in this matter on March 25, 2019.

Good cause exists to extend the schedule. As the Court knows, written discovery is underway in this matter but has resulted in several discovery disputes on matters the parties have

{01913359.DOCX /}

not been able to resolve themselves.  As a result, the production of documents remains incomplete, resulting in delay in the initiation of deposition discovery.  Given the scope of the discovery at issue in the case, additional time is necessary to ensure appropriate review of discovery materials, complete depositions of fact witnesses and experts, and complete other matters now on the schedule.

Since the deadlines proposed to be extended have not yet expired, this Motion is timely.

For the foregoing reasons, the parties have stipulated to extend all remaining deadlines in the existing scheduling order by six months.  Furthermore, in light of the items that remain pending and outstanding, one or both parties may find it necessary to move the court for an additional extension of the deadlines included in the proposed amended schedule.

Accordingly, the parties stipulate and request that the Second Amended Scheduling Order be amended as proposed in the Exhibit A attached hereto.

DATED this 10th day of September, 2019.

MANNING CURTIS BRADSHAW & BEDNAR, PLLC

By:  /s/ Chad R. Derum

*Attorneys for Plaintiff IHC Health Services, Inc.*

PARR BROWN GEE & LOVELESS

By:  /s/ Bentley J. Tolk (*with permission*)

*Attorneys for Defendant ELAP Services, LLC*

{01913359.DOCX /}