MANNING CURTIS BRADSHAW
  & BEDNAR PLLC
Alan C. Bradshaw, #4801
Chad R. Derum, #9452
136 E. South Temple, Suite 1300
Salt Lake City, Utah 84111
(801) 363-5678
abradshaw@mc2b.com
cderum@mc2b.com

*Attorneys for Plaintiff*
*IHC Health Services, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IHC HEALTH SERVICES, INC., a non-profit Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ELAP SERVICES, LLC, a limited-liability company,<br><br>    Defendant. | **JOINT STATUS UPDATE ON STAY OF LITIGATION**<br><br>Civil No.  2:17-cv-01245-JNP-EJF<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Evelyn J. Furse |

Plaintiff IHC Health Services, Inc. ("Intermountain"), and Defendant ELAP Services,

LLC ("ELAP"), respectfully submit this Joint Status Update on Stay of Litigation.

### STATUS UPDATE

On January 8, 2020, this Court entered an Order staying litigation for sixty days pending

the parties' mediation of this case.  (ECF No. 131).  The Order required the parties to report to

the Court on or before March 9, 2020 whether their efforts at mediation had been successful.

The parties jointly report that, to date, their mediation efforts have not been successful.

However, the parties' discussions remain ongoing and the parties will report to the Court

promptly if such efforts are successful.  Until then, and pursuant to the Court's order, the stay of

litigation can otherwise be lifted and the current Scheduling Order may be reinstated but with all

deadlines extended for a period of sixty (60) days from the current deadlines set forth in the

Second Amended Scheduling Order (ECF No. 129).

DATED this 9th day of March, 2020.

**MANNING CURTIS BRADSHAW & BEDNAR PLLC**


/s/ Chad R. Derum
Chad R. Derum
*Attorneys for Plaintiff*

**FISHER BROYLES**


/s/ Kristopher R. Alderman (*with permission*)
Kristopher R. Alderman
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on March 9, 2019 I caused a true and correct copy of the foregoing document to be served in the method indicated below to the following:

|  |  |
|---|---|
| ___ VIA FACSIMILE<br>___ VIA HAND DELIVERY<br>___ VIA U.S. MAIL<br>___ VIA UPS/FEDEX<br>___ VIA EMAIL<br>_x_ VIA ECF | John W. Mackay<br>Brett L. Tolman<br>Ray Quinney & Nebeker P.C.<br>36 South State Street, Suite 1400<br>Salt Lake City, Utah 84111<br><br>*Attorneys for Defendant* |
| ___ VIA FACSIMILE<br>___ VIA HAND DELIVERY<br>___ VIA U.S. MAIL<br>___ VIA UPS/FEDEX<br>___ VIA EMAIL<br>_x_ VIA ECF | Thomas E. Lavender III<br>ted.lavender@fisherbroyles.com<br>Kristopher R. Alderman<br>kris.alderman@fisherbroyles.com<br>Fisher Broyles<br>945 East Paces Ferry Road, Suite 2000<br>Atlanta GA 30326<br><br>*Attorneys for Defendant* |
| ___ VIA FACSIMILE<br>___ VIA HAND DELIVERY<br>___ VIA U.S. MAIL<br>___ VIA UPS/FEDEX<br>___ VIA EMAIL<br>_x_ VIA ECF | Stephen E. W. Hale<br>shale@parrbrown.com<br>Bentley J. Tolk<br>btolk@parrbrown.com<br>Parr Brown Gee & Loveless<br>101 South 200 East, Suite 700<br>Salt Lake City, Utah 84111<br><br>*Attorneys for Defendant* |

/s/ Chad R. Derum