IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| IHC HEALTH SERVICES, INC., a non-profit Utah corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ELAP SERVICES, LLC, a limited-liability company,<br><br>　　　　Defendant. | **ORDER GRANTING IHC'S SHORT FORM DISCOVERY MOTION TO COMPEL ELAP TO PRODUCE UPDATED INFORMATION IDENTIFYING ELAP-AFFLIIATED PATIENTS AND CLAIMS (DOC. NO. 135)**<br><br>Civil No. 2:17-cv-01245-JNP-DAO<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Daphne A. Oberg |

　　　　Before the Court is Plaintiff IHC's Short Form Discovery Motion to Compel ELAP to Produce Updated Information Identifying ELAP-Affiliated Patients and Claims (Doc. No. 135). Having considered the briefing and arguments of counsel at the May 19, 2020 hearing, the Court GRANTS IHC's Motion.  The Court ORDERS ELAP to supplement its discovery responses to provide the updated patient information requested by IHC beyond November 2018, namely information identifying: 1) the members of ELAP-affiliated plans that have received health care from Intermountain since November 2018; 2) IHC's billed charges for those encounters; 3) amounts ELAP directed plans to pay for the care received; and 4) IHC's balance bills to ELAP plan members since November 2018.  ELAP has an ongoing duty to supplement its discovery responses and has not provided any justification for, or authority supporting, its decision to arbitrarily cut off the production of information after November 30, 2018.

1

DATED this 21st day of May, 2020.

BY THE COURT:

_____
Magistrate Judge Daphne A. Oberg