MANNING CURTIS BRADSHAW
  & BEDNAR PLLC
Alan C. Bradshaw, #4801
Chad R. Derum, #9452
Douglas J. Crapo, #14620
136 E. South Temple, Suite 1300
Salt Lake City, Utah 84111
(801) 363-5678
abradshaw@mc2b.com
cderum@mc2b.com

*Attorneys for Plaintiff*
*IHC Health Services, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IHC HEALTH SERVICES, INC., a non-profit Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELAP SERVICES, LLC, a limited liability company,<br><br>Defendant. | **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:17-cv-01245-JNP-DAO<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Daphne A. Oberg |

Pursuant to Fed. R Civ. P. 41(a)(1)(A)(ii), Plaintiff IHC Health Services, Inc. ("Intermountain") and Defendant ELAP Services, LLC ("ELAP"), by and through their counsel of record in this matter, hereby stipulate and agree to the dismissal of all claims in this matter, with prejudice and on the merits, each party to bear its own costs, expenses, and attorneys' fees.

Accordingly, by their stipulation, the parties hereby move the Court to enter the Order of Dismissal with Prejudice as proposed in the Exhibit A attached hereto.

DATED this 12th day of June, 2020.

**MANNING CURTIS BRADSHAW & BEDNAR, PLLC**

*/s/ Chad R. Derum*

*Attorneys for Plaintiff IHC Health Services, Inc.*

**PARR BROWN GEE & LOVELESS**

*/s/ Bentley J. Tolk (used with permission)*

*Attorneys for Defendant ELAP Services, LLC*

**FISHERBROYLES, LLP**

*/s/ Kristopher R. Alderman (used with permission)*

*Attorneys for Defendant ELAP Services, LLC*

**RAY QUINNEY & NEBEKER P.C.**

*/s/ John W. Mackay (used with permission)*

*Attorneys for Defendant ELAP Services, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that I will cause a true and correct copy of the foregoing **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** to be served in the method indicated below to the below-named parties on June 12, 2020.

|  |  |
|---|---|
| \_\_\_HAND DELIVERY<br>\_\_\_U.S. MAIL<br>\_\_\_FAX TRANSMISSION<br>\_\_\_E-MAIL TRANSMISSION<br>_x_ CM/ECF | John W. Mackay<br>Brett L. Tolman<br>RAY QUINNEY & NEBEKER P.C.<br>36 South State Street, Suite 1400<br>Salt Lake City, Utah 84111<br><br>*Attorneys for Defendant* |
| \_\_\_HAND DELIVERY<br>\_\_\_U.S. MAIL<br>\_\_\_FAX TRANSMISSION<br>\_\_\_E-MAIL TRANSMISSION<br>_x_ CM/ECF | Stephen E. W. Hale<br>Bentley J. Tolk<br>PARR BROWN GEE & LOVELESS<br>101 South 200 East, Suite 700<br>Salt Lake City, UT 84111<br><br>*Attorneys for Defendant* |
| \_\_\_HAND DELIVERY<br>\_\_\_U.S. MAIL<br>\_\_\_FAX TRANSMISSION<br>\_\_\_E-MAIL TRANSMISSION<br>_x_ CM/ECF | Thomas E. Lavender III<br>Kristopher R. Alderman<br>FISHER BROYLES<br>945 East Paces Ferry Road, Suite 2000<br>Atlanta GA 30326<br><br>*Attorneys for Defendant* |

                                            */s/ Chad R. Derum*