IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IHC HEALTH SERVICES, INC., a non-profit Utah corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ELAP SERVICES, LLC, a limited liability company,<br><br>    Defendant. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:17-cv-01245-JNP-DAO<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Daphne A. Oberg |

The stipulation of the parties having been carefully considered and with good cause appearing therefor:

IT IS THEREFORE ORDERED that the above-entitled action be and is hereby dismissed with prejudice, and on the merits, each party to bear its own costs and attorney fees incurred herein.

Signed June 12, 2020

BY THE COURT:

*/s/ Jill N. Parrish*

_____
Jill N. Parrish
United States District Court Judge